# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

April 30, 2008

Charles R. Fulbruge III
Clerk

No. 07-11079
Conference Calendar

UNITED STATES OF AMERICA

                                        Plaintiff-Appellee

v.

ESDAID AMARO CASTHILAIN-TORRES, also known as Esaid Amaro
Casthilain-Amaro, also known as Jason Omar Torres, also known as Omar
Torres

                                        Defendant-Appellant

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 1:07-CR-17-ALL

Before REAVLEY, JOLLY, and GARZA, Circuit Judges.

PER CURIAM:[*]

Appealing the Judgment in a Criminal Case, Esdaid Amaro Casthilain-
Torres presents arguments that he concedes are foreclosed by United States v.
Brown, 920 F.2d 1212, 1216-17 (5th Cir. 1991), abrogated on other grounds by
United States v. Candia, 454 F.3d 468, 472-73 (5th Cir. 2006), which held that
a district court may order a term of imprisonment to run consecutively with an

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion
should not be published and is not precedent except under the limited
circumstances set forth in 5TH CIR. R. 47.5.4.

unimposed state sentence.  The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.